OPINION — AG — ** SALARY — COUNTY SUPERINTENDENT ** QUESTION: DOES THE SALARY ACT THAT IS APPLICABLE TO THE DEPUTIES IN A COUNTY SUPERINTENDENT OFFICE APPLY OF THE SALARY THAT IS PAID A ' SUPERVISOR OF SCHOOL CENSUS AND ATTENDANCE ' WHO IS APPOINTED BY THE COUNTY SUPERINTENDENT OF SCHOOLS TO SERVE THE DEPENDENT SCHOOL DISTRICT DISTRICTS OF THE COUNTY ? — NEGATIVE (SCHOOLS, WAGE, EMPLOYEE) CITE: 70 O.S. 10-2 [70-10-2], 19 O.S. 179.7 [19-179.7], 19 O.S. 179.4 [19-179.4] 19 O.S. 156 [19-156], OPINION NO. AUGUST 25, 1951 — PICKERING 70 O.S. 10-3 [70-10-3], 70 O.S. 10-39 [70-10-39] 70 O.S. 18-2 [70-18-2], OPINION NO. JULY 11, 1951 — MORRIS (COUNTY COMMISSIONERS, APPROVAL) (J. H. JOHNSON)